ACCEPTED
01-15-00190-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/27/2015 11:23:48 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00190-CV

## IN THE FIRST DISTRICT COURT OF APPEALS

### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/27/2015 11:23:48 AM

CHRISTOPHER A. PRINE
Clerk

### WELDON THOMAS

### V.

### RESIDENTIAL CREDIT SOLUTIONS

## MOTION FOR REHEARING

LAW OFFICE OF LURO TAYLOR

By: _____
LURO C.TAYLOR
1117 Herkimer
Houston, TX 77008
Telephone (713) 882-8954
Facsimile (713) 528-1982
Email: maxs2421@aol.com
Attorney for Appellant

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Pursuant to Tex. R. App.P 49.1, the Appellant Weldon Thomas this First Motion for Rehearing

Appellant's response was due June 15, 2015 for clerk's record.

Counsel for Appellant paid the fee for preparation of the record on July 24, 2015. This is the first request for rehearing.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, counsel has been extremely busy with personal and business issues that distracted him from his attention to many facets of his practice and requests that the court not penalize the Appellant for the unavoidable and unfortunate consequences of counsel's issues. To explain the need for the requested rehearing:

This is a case of wrongful foreclosure where the appellant was gifted the property by his mother on January 16, 2002. He then had the property financed in August of 2005. The mortgage on the property was sold and re-conveyed at least twice before the appellee became the mortgagor. In 2013 appellant began the process to get the mortgage refinanced with the Appellee. The appellant was advised to hold payments until the re-finance procedure was finalized. Appellee foreclosed while Appellant's refinance package was in Appellees Underwriting Department violative of the Federal Financing Dual Tracking Act passed in January 2014. Prior to this when informed of the impending foreclosure via phone (Appellant never actually received notice) Appellee's representative stated to Appellants representative that

if Appellant brought the mortgage current the Appellee would pass on the foreclosure. Appellant immediately produced the funds to bring the account current. This was then refused by Appellee after being told by Appellees' employee that it would in fact be accepted. This appeal is from the appeal to the county court where Appellant appealed an eviction action from the Justice of the Peace court in case # EV71C0070718.(Where the JP court refuses to return Appellants cash bond ordered refunded by the County court on or about March 14, 2015.) . An injunction and petition to set aside sale and deed was filed in Case #2014-48572 on August 22, 2014 the 270th District Court of Harris County Texas. The Appellant has posted a cash bond in the amount of $4080.00 to perfect his appeal in this Court so that Appellant and his family can remain in their residence because this appeal concerns the issue of possession. Granting of this motion for rehearing will not prejudice or inconvenience appellee in any manner, nor will the time for submission of this case be extended by granting the motion nor will traditional notions of fair play and substantial justice be offended.

This request is not sought for delay but so that justice may be done.

All facts cited are within the personal knowledge of the counsel signing this motion, therefore no verification id necessary under the Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above. Appellant requests that this Court Grant this Motion to for Rehearing. Appellant pleads for all other relief which it may be entitled.

LAW OFFICE OF LURO TAYLOR

By: _____
LURO C.TAYLOR
1117 Herkimer
Houston, TX 77008
Telephone (713) 882-8954
Facsimile (713) 528-1982
Email: maxs2421@aol.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that on July 24, 2015 I mailed a copy of this motion to the following Counsel by

First Class US mail:

Travis Gray
P.O. Box 815369
Dallas, TX, 75381

LURO C.TAYLOR